

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00429-CV

**CITY OF SAN ANTONIO**
acting through City Public Service Board of San Antonio a/k/a CPS Energy,
Appellant

v.

**CASEY INDUSTRIAL, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06252
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against Appellant City of San Antonio.

SIGNED December 31, 2014.

_____
Patricia O. Alvarez, Justice